# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00216-CV

**Texas Health and Human Services Commission and Dr. Courtney Phillips, in her Official Capacity as Executive Commissioner of Health and Human Services, Appellants**

**v.**

**Unidos Healthcare, LLC; Corazon Health Care Services, LLC; Cleveland Health Care, LLC, dba Vital Connections; and Millennium Comfort Home Health Care LLC, Appellees**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-000277, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion to dismiss this appeal as moot. We grant the agreed motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Joint Motion

Filed: July 18, 2019